**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WILFREDO CANALES, *et al.*, )<br><br>Plaintiffs, )<br><br>v. )<br><br>A.H.R.E. INC., *et al.*, )<br><br>Defendants. ) | **Civil Action No. _____** |

**MOTION AND APPLICATION FOR ADMISSION OF**
**LAURA E. VARELA *PRO HAC VICE***

Susan E. Huhta, of the Washington Lawyers' Committee for Civil Rights and Urban Affairs, counsel for the Plaintiffs in the above-styled action, moves for admission *pro hac vice* of Laura E. Varela of the Washington Lawyers' Committee for Civil Rights and Urban Affairs, 11 Dupont Circle, Suite 400, Washington, D.C. 20036. As grounds for this motion, the undersigned counsel states that:

1.      I, Susan E. Huhta, am an attorney at the Washington Lawyers' Committee for Civil Rights and Urban Affairs. I am a member of the District of Columbia Bar and admitted to practice in the United States District Court for the District of Columbia.

2.      I respectfully request that this Court admit Laura E. Varela of the Washington Lawyers' Committee for Civil Rights and Urban Affairs, 11 Dupont Circle, Suite 400, Washington, D.C. 20036, as counsel for the Plaintiffs, for the purpose of appearing and participating in the above-styled action.

3.     Laura E. Varela is a member in good standing of the Maryland Bar and has been admitted to the United States District Court for the District of Maryland. She is not admitted to practice in the District of Columbia, but she has applied for membership and her application currently is pending. Her assigned file number is 62873.

WHEREFORE, it is respectfully requested that this Court admit Laura E. Varela *pro hac vice* and permit her to appear and participate in this action.

Respectfully submitted,

Susan E. Huhta (D.C. Bar No. 453478)
WASHINGTON LAWYERS' COMMITTEE
FOR CIVIL RIGHTS AND URBAN AFFAIRS
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 319-1000
Facsimile: (202) 319-1010

ATTORNEY FOR THE PLAINTIFFS

Dated: February 21, 2007

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| WILFREDO CANALES, *et al.,* | ) | |
| | ) | |
| Plaintiffs, | ) | **Civil Action No. _____** |
| | ) | |
| v. | ) | |
| | ) | |
| A.H.R.E. INC., *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**DECLARATION OF LAURA E. VARELA IN SUPPORT OF MOTION**
**AND APPLICATION FOR ADMISSION *PRO HAC VICE***

1.    My name is Laura E. Varela.

2.    I am currently employed at the Washington Lawyers' Committee for Civil Rights and

Urban Affairs, 11 Dupont Circle, Suite 400, Washington, D.C.; telephone number 202-

319-1000.

3.    I am a member in good standing of the Maryland Bar. I am admitted to practice before

the United States District Court for the District of Maryland, Maryland Bar Number

28260.

4.    I certify that I have not been disciplined by any Bar.

5.    I have never been admitted *pro hac vice* in this Court.

6.    I have applied for membership in the District of Columbia Bar and my application is

currently pending. My assigned file number is 62873.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 20, 2007.

_____

Laura E. Varela