AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Wilfredo Canales and Maria Rivera

**SUMMONS IN A CIVIL CASE**

V.

A.H.R.E. Inc., DDI Construction Company,
Seong Kun Chong, and John Doe
Defendants 1 and 2

CASE NUMBER  1:07CV00372

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 02/21/2007

TO: (Name and address of Defendant)

Seong Kun Chong
5914 Heritage Square Drive
Burke, VA  22015

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Katherine Leong, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

FEB 2 1 2007

CLERK                                                DATE

(BY) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Wilfredo Canales, et al.

vs.

A.H.R.E., Inc., et al.

No. 1:07CV00372

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, MICHAEL R. REEDER, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order and Complaint in the above entitled case, hereby depose and say:

That my date of birth / age is 08-30-1976.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 1:37 pm on February 22, 2007, I served Seong Kun Chong at 5914 Heritage Square Drive, Burke, Virginia 22015 by serving Seong Kun Chong, personally. Described herein:

```
SEX-     MALE
AGE-     50
HEIGHT-  5'6"
HAIR-    BLACK/GRAY
WEIGHT-  150
RACE-    ASIAN
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on ___CL-26-07___
                  Date

MICHAEL R. REEDER
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 184136