AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Wilfredo Canales and Maria Rivera

**SUMMONS IN A CIVIL CASE**

V.

A.H.R.E., Inc., DDI Construction Company,
Seong Kun Chong, and John Doe
Defendants 1 and 2

CASE NUMBER  1:07CV00372

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 02/21/2007

TO: (Name and address of Defendant)

A.H.R.E., Inc.
8380 Greensboro Drive, #617
McLean, VA 22102

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Katherine Leong, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                                    FEB 21 2007

_____                          _____
CLERK                                                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽*⁾ | DATE<br>02-28-07 at 7:24 p.m. |
| NAME OF SERVER *(PRINT)*<br>David S. Felter | TITLE<br>Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): **By serving Helen Kim, Registered Agent, authorized to accept. Service was completed at 1002 Heather Hill Court, McLean, Virginia 22101.**

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   03-01-07
             Date

*Signature of Server*

**Capitol Process Services, Inc.**
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050

*Address of Server*

\* **Notice of Right to Consent to Trial Before United States Magistrate Judge and Initial Electronic Case Filing Order**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.