IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Wilfredo Canales and Maria Rivera, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:07CV00372 CKK |
| v. | ) ) ) | |
| A.H.R.E., Inc., DDI Construction Company, Seong Kun Chong, and John Does 1 and 2, | ) ) ) ) | |
| Defendants. | ) ) | |

**PLAINTIFFS WILFREDO CANALES'S AND MARIA RIVERA'S
MOTION FOR ENTRY OF DEFAULT**

Plaintiffs Wilfredo Canales and Maria Rivera, through undersigned counsel, hereby move, pursuant to Federal Rule of Civil Procedure 55(a), for entry of default against Defendants A.H.R.E., Inc. and Seong Kun Chong. A supporting Statement of Points and Authorities is attached hereto.

Respectfully submitted,

*Katherine Leong*
_____
Thomas G. Hentoff (D.C. Bar No. 438394)
Katherine Leong (D.C. Bar No. 492457)

WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Laura Varela (admitted *pro hac vice*)
WASHINGTON LAWYERS' COMMITTEE
FOR CIVIL RIGHTS AND URBAN AFFAIRS
11 Dupont Circle, N.W.
Suite 400
Washington, D.C. 20036
Telephone: (202) 319-1000
Facsimile: (202) 319-1010

*Attorneys for Wilfredo Canales and Maria Rivera*

Dated: May 1, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Wilfredo Canales and Maria Rivera, ) | |
| ) | |
| Plaintiffs, ) | Case No. 1:07CV00372 CKK |
| ) | |
| v. ) | |
| ) | |
| A.H.R.E., Inc., DDI Construction Company, ) | |
| Seong Kun Chong, and John Does 1 and 2, ) | |
| ) | |
| Defendants. ) | |

## STATEMENT OF POINTS AND AUTHORITIES
## IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT

Pursuant to Local Rule 7(a), Plaintiffs hereby submit this Statement of Points and Authorities in support of their Motion for Entry of Default under Fed. R. Civ. P. 55(a).

Plaintiffs Wilfredo Canales and Maria Rivera filed their Complaint against Defendants A.H.R.E., Inc. ("AHRE"), DDI Construction Company ("DDI"), Seong Kun Chong, and John Does 1 and 2 on February 21, 2007. As set forth in the Summons that was filed with this Court on March 5, 2007, Defendant AHRE was served with process on February 28, 2007. Defendant AHRE's response to Plaintiffs' Complaint was due on March 20, 2007. As set forth in the Summons that was filed with this Court on March 5, 2007, Defendant Chong was served with process on February 22, 2007. Defendant Chong's response to Plaintiffs' Complaint was due on March 14, 2007.

No appearance has been entered by Defendant AHRE or Defendant Chong. No pleading has been filed by Defendant AHRE or Defendant Chong, and none has been served upon the attorneys for Plaintiffs. The time for filing a responsive pleading has expired for Defendant AHRE and Defendant Chong, and no extension has been requested or granted.

"When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend," entry of that party's default is mandated by Fed. R. Civ. P. 55(a). *Al-Kazemi v. Gen. Acceptance & Inv. Corp.*, 633 F. Supp. 540, 541 (D.D.C. 1986) (holding that it was proper to enter default against the defendants because they failed to plead or otherwise defend). Because both Defendant AHRE and Defendant Chong have failed to file a responsive pleading, file an Answer, or otherwise defend against Plaintiffs' Complaint, entry of default should be entered against them.

In view of the foregoing, Plaintiffs request that a default be entered against Defendants A.H.R.E., Inc. and Seong Kun Chong. Once the Court grants an entry of default against Defendants A.H.R.E., Inc. and Seong Kun Chong, Plaintiffs intend to seek default judgment pursuant to Fed. R. Civ. P. 55(b), with a calculation of damages supported by affidavits.

Respectfully submitted,

*Katherine Leong*
Thomas G. Hentoff (D.C. Bar No. 438394)
Katherine Leong (D.C. Bar No. 492457)

WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

                                                Laura Varela (admitted *pro hac vice*)
                                                WASHINGTON LAWYERS' COMMITTEE
                                                FOR CIVIL RIGHTS AND URBAN AFFAIRS
                                                11 Dupont Circle, N.W.
                                                Suite 400
                                                Washington, D.C. 20036
                                                Telephone: (202) 319-1000
                                                Facsimile: (202) 319-1010

Dated: May 1, 2007

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of May, 2007 a copy of Plaintiffs' Motion for Entry of Default and supporting Statement of Points and Authorities was sent via first-class U.S. mail, postage prepaid to the individuals identified below, who were not identified in the Court's ECF system as of the above date:

        A.H.R.E., Inc.
        1002 Heather Hill Court
        McLean, VA  22101

        Seong Kun Chong
        5914 Heritage Square Drive
        Burke, VA  22015

                                              */s/ Katherine Leong*
                                              Katherine Leong