Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

WILFREDO CANALES, et al

    Plaintiff(s)

V.

Civil Action No. 07-372 CKK

A.H.R.E., INC., et al

    Defendant(s)

RE: SEONG KUN CHONG

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on February 22, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 2nd day of May, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: N. Wilkens
Deputy Clerk