Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

WILFREDO CANALES, et al
_____

        Plaintiff(s)

        Civil Action No. __07-372 CKK_____

   V.

A.H.R.E., INC., et al
_____

        Defendant(s)

RE: A.H.R.E., INC.

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on February 28, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this _2nd_ day of ___May___, 2007 declared that defendant(s) is/are in default.

        NANCY MAYER-WHITTINGTON, Clerk

        By: _____N. Wilkens_____
                   Deputy Clerk