IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Wilfredo Canales, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>A.H.R.E., Inc., et al., )<br>)<br>Defendants. )<br>) | Case No. 1:07CV00372 CKK |

**PLAINTIFFS WILFREDO CANALES'S AND MARIA RIVERA'S
MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS
A.H.R.E., INC. AND SEONG KUN CHONG**

Plaintiffs Wilfredo Canales and Maria Rivera, through undersigned counsel, hereby move, pursuant to Federal Rule of Civil Procedure 55(b)(2), for default judgment against Defendants A.H.R.E., Inc. ("AHRE") and Seong Kun Chong. On May 2, 2007, Defendants AHRE and Mr. Chong were declared to be in default for failure to plead or otherwise defend this action. As set forth in the attached Statement of Points and Authorities and declarations, and in accordance with Fed. R. Civ. P. 55(b)(2), Plaintiffs' claims against Defendants AHRE and Mr. Chong are for a sum that includes their unpaid wages, liquidated damages, attorneys' fees, and costs. Plaintiffs accordingly seek a default judgment for $5,598 plus attorneys' fees in the amount of $12,050 and costs in the amount of $948.31.

Respectfully submitted,

*Katherine Leong*
Thomas G. Hentoff (D.C. Bar No. 438394)
Katherine Leong (D.C. Bar No. 492457)

        WILLIAMS & CONNOLLY LLP
        725 Twelfth Street, N.W.
        Washington, D.C. 20005
        Telephone: (202) 434-5000
        Facsimile: (202) 434-5029

        Laura Varela (admitted *pro hac vice*)
        WASHINGTON LAWYERS' COMMITTEE FOR
        CIVIL RIGHTS AND URBAN AFFAIRS
        11 Dupont Circle, N.W.
        Suite 400
        Washington, D.C. 20036
        Telephone: (202) 319-1000
        Facsimile: (202) 319-1010

        *Attorneys for Plaintiffs Wilfredo Canales and Maria Rivera*

Dated: July 13, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of July, 2007 a copy of Plaintiffs Wilfredo Canales's and Maria Rivera's Motion for Default Judgment Against Defendants A.H.R.E., Inc. and Seong Kun Chong, along with the accompanying Statement of Points and Authorities, Declarations of Wilfredo Canales, Maria Rivera, Thomas G. Hentoff, Katherine Leong, and Laura Varela, and Declaration of Translation, were sent via first-class U.S. mail, postage prepaid to the individuals identified below, who were not identified in the Court's ECF system as of the above date:

>A.H.R.E., Inc.
>c/o Helen Kim, Registered Agent
>1002 Heather Hill Court
>McLean, VA 22101
>
>Seong Kun Chong
>5914 Heritage Square Drive
>Burke, VA 22015

*/s/ Katherine Leong*
Katherine Leong

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Wilfredo Canales and Maria Rivera, ) | |
| ) | |
| Plaintiffs, ) | Case No. 1:07CV00372 CKK |
| ) | |
| v. ) | |
| ) | |
| A.H.R.E., Inc., DDI Construction Company, ) | |
| Seong Kun Chong, and John Does 1 and 2, ) | |
| ) | |
| Defendants. ) | |

## STATEMENT OF POINTS AND AUTHORITIES
## IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

Pursuant to Local Rule 7(a), Plaintiffs hereby submit this Statement of Points and Authorities in support of their Motion for Default Judgment under Fed. R. Civ. P. 55(b)(2). Upon entry of judgment, Plaintiffs as prevailing parties in this action are entitled to their unpaid wages, liquidated damages, attorneys' fees, and costs under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201, et seq., and the labor laws of the District of Columbia, D.C. Code §§ 36-101, et seq.

### FACTUAL BACKGROUND

Plaintiffs Wilfredo Canales and Maria Rivera filed their Complaint against Defendants A.H.R.E., Inc. ("AHRE"), DDI Construction Company ("DDI"), Seong Kun Chong, and John Does 1 and 2 on February 21, 2007. Because Defendant AHRE and Defendant Chong did not enter an appearance or file a responsive pleading in this case, the Clerk of the Court declared them to be in default as of May 2, 2007.

## **ARGUMENT**

"A court is empowered to enter a default judgment against a defendant who fails to defend its case." *Flynn v. Jocanz, Inc.*, 480 F. Supp. 2d 218, 220 (D.D.C. 2007) (citing *Keegel v. Key W. & Caribbean Trading Co.*, 627 F.2d 372, 375 (D.C. Cir.1980)). Default judgment under Rule 55(b)(2) "establishes the defaulting party's liability for every well-pled allegation in the complaint" and "authorizes the Court to enter a default judgment against the defendant for the amount claimed plus costs." *Id.* Default judgment has been granted in cases alleging violations under FLSA and the labor laws of the District of Columbia. *See, e.g., Gutierrez v. Berg Contracting Inc.*, Civil Action No. 99-3044 (TAF), 2000 U.S. Dist. LEXIS 9776, at *8 (D.D.C. Mar. 20, 2000).

In this case, Defendants AHRE and Chong have failed to defend their case, and the Clerk of the Court declared them to be in default pursuant to Fed. R. Civ. P. 55(a) as of May 2, 2007. Under Fed. R. Civ. P. 55(b)(2), Plaintiffs are now entitled to default judgments against Defendant AHRE and Defendant Chong that establish their liability under FLSA and the DC labor law for a total of $18,596.31 in unpaid wages, liquidated damages, attorneys' fees, and costs. *Id.* The amount of unpaid wages, liquidated damages, attorneys' fees, and costs to which Plaintiffs are entitled is substantiated by the attached Declarations of Wilfredo Canales, Maria Rivera, Thomas G. Hentoff, Katherine Leong, and Laura Varela.

## CONCLUSION

In view of the foregoing, Plaintiffs request that default judgment be entered against Defendants A.H.R.E., Inc. and Seong Kun Chong.

Respectfully submitted,

*Katherine Leong*
Thomas G. Hentoff (D.C. Bar No. 438394)
Katherine Leong (D.C. Bar No. 492457)

WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Laura Varela (admitted *pro hac vice*)
WASHINGTON LAWYERS' COMMITTEE
FOR CIVIL RIGHTS AND URBAN AFFAIRS
11 Dupont Circle, N.W.
Suite 400
Washington, D.C. 20036
Telephone: (202) 319-1000
Facsimile: (202) 319-1010

Dated: July 13, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Wilfredo Canales, et al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 1:07CV00372 CKK |
| ) | |
| v. ) | |
| ) | |
| A.H.R.E., Inc., et al., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF WILFREDO CANALES'S DECLARATION IN SUPPORT OF
MOTION FOR ENTRY OF DEFAULT JUDGMENT
<u>AGAINST DEFENDANTS A.H.R.E., INC. AND SEONG KUN CHONG</u>**

I, the undersigned, Wilfredo Canales, declare and state:

1. My name is Wilfredo Canales. I am over 18 years of age and competent to sign and submit this Declaration supporting my Motion for Entry of Default Judgment Against Defendants A.H.R.E., Inc. ("AHRE") and Seong Kun Chong. This Declaration is based on my personal knowledge of the facts described herein.

2. On or about May 15, 2006, Defendant Chong recruited me from a popular day labor hiring site in Annandale, Virginia to perform remodeling work, including drywall finishing and painting, at the Embassy of Trinidad and Tobago ("Embassy"), located at 1708 Massachusetts Avenue, N.W., Washington, DC 20036. Defendant Chong offered to pay me $10 per hour for this work. Beginning on or about May 15, 2006, Defendant Chong transported me to the Embassy.

3. During the week of May 14, 2006, I worked at the Embassy from 9 a.m. until 6 p.m. from Monday through Saturday, for a total of 54 hours. Because I earned $10 per hour for 40

hours of regular pay plus $15 per hour for the 14 hours of overtime, I was entitled to $610 for the week of May 14, 2006. Defendant Chong paid me $300 for my work that week. Therefore, I am still owed $310 in earned wages and overtime for the week of May 14, 2006.

4. During the week of May 21, 2006, I was directed to work at a private home in Virginia on Sunday from 9 a.m. to 8 p.m. and at the Embassy from 9 a.m. until 6 p.m. from Monday through Saturday, for a total of 65 hours. Because I earned $10 per hour for 40 hours of regular pay plus $15 per hour for 25 hours of overtime, I was entitled to $775 for the week of May 21, 2006. On May 27, 2006, Defendant Chong paid me $500 for my work that week. Therefore, I am still owed $275 in earned wages and overtime for the week of May 21, 2006.

5. During the week of May 28, 2006, I worked at another private home in Virginia on Sunday from 9 a.m. to 8 p.m. and at the Embassy from 9 a.m. until 6 p.m. from Monday through Saturday, for a total of 65 hours. Because I earned $10 per hour for 40 hours of regular pay plus $15 per hour for 25 hours of overtime, I was entitled to $775 for the week of May 28, 2006. Defendant Chong did not pay me any wages for my work that week. Therefore, I am owed $775 in earned wages and overtime for the week of May 28, 2006.

6. During the week of June 4, 2006, I worked from 9 a.m. to 8 p.m. on Sunday and Monday both at a private home in Virginia and the Embassy. On Tuesday, I worked at the Embassy and also at a hotel located in Baltimore, Maryland from 9 a.m. to midnight, which includes one hour of travel time to and from Baltimore. From Wednesday through Saturday, I worked at the Embassy from 9 a.m. until 6 p.m. from Wednesday through

Saturday, for a total of 73 hours. Because I earned $10 per hour for 40 hours of regular pay plus $15 per hour for 33 hours of overtime, I was entitled to $895 for the week of June 4, 2006. On July 11, 2006, a John Doe Defendant, who had supervised my work at the Embassy, gave a $500 check to Plaintiff Maria Rivera and me for our work. Assuming that the $500 check was supposed to be divided evenly between Ms. Rivera and me, I am still owed $645 in earned wages and overtime for the week of June 4, 2006.

7. The combined earned wages and overtime owed to me for my work between May 15, 2006 through June 10, 2006 is $2,005. Under D.C. Code § 32-1303(4), I am entitled to another $2,005 as liquidated damages under D.C. law.

8. For the reasons stated above, I am owed a total of $4,010 in unpaid wages and damages.

9. I declare under penalty of perjury that the foregoing is true and correct.

Executed on (date): 7-12-07

_____
Wilfredo Canales

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Wilfredo Canales, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> A.H.R.E., Inc., et al., ) <br> ) <br> Defendants. ) <br>  ) | Case No. 1:07CV00372 CKK |

**PLAINTIFF MARIA RIVERA'S DECLARATION IN SUPPORT OF
MOTION FOR ENTRY OF DEFAULT JUDGMENT
AGAINST DEFENDANTS A.H.R.E., INC. AND SEONG KUN CHONG**

I, the undersigned, Maria Rivera, declare and state:

1. My name is Maria Rivera. I am over 18 years of age and competent to sign and submit this Declaration supporting my Motion for Entry of Default Judgment Against Defendants A.H.R.E., Inc. ("AHRE") and Seong Kun Chong. This Declaration is based on my personal knowledge of the facts described herein.

2. On or about May 22, 2006, Defendant Chong offered to pay me $8 per hour to stain wood at the Embassy of Trinidad and Tobago ("Embassy"), located at 1708 Massachusetts Avenue, N.W., Washington, DC 20036.

3. During the week of May 21, 2006, I worked at the Embassy from 9 a.m. until 6 p.m. from Monday through Saturday, for a total of 54 hours. Because I earned $8 per hour for 40 hours of regular pay plus $12 per hour for 14 hours of overtime, I was entitled to $488 for the week of May 21, 2006. On May 27, 2006, Defendant Chong paid me $420 for my

work that week. Therefore, I am still owed $68 in earned wages and overtime for the week of May 21, 2006.

4. During the week of May 28, 2006, I worked at the Embassy from 9 a.m. until 6 p.m. from Monday through Saturday, for a total of 54 hours. Because I earned $8 per hour for 40 hours of regular pay plus $12 per hour for 14 hours of overtime, I was entitled to $488 for the week of May 28, 2006. Defendant Chong did not pay me any wages for my work that week. Therefore, I am owed $488 in earned wages and overtime for the week of May 28, 2006.

5. During the week of June 4, 2006, I worked at the Embassy from 9 a.m. until 6 p.m. from Monday through Saturday, for a total of 54 hours. Because I earned $8 per hour for 40 hours of regular pay plus $12 per hour for 14 hours of overtime, I was entitled to $488 for the week of June 4, 2006. On July 11, 2006, a John Doe Defendant, who had supervised my work at the Embassy, gave a $500 check to Plaintiff Wilfredo Canales and me for our work. Assuming that the $500 check was supposed to be divided evenly between Mr. Canales and me, I am still owed $238 in earned wages and overtime for the week of June 4, 2006.

6. The combined earned wages and overtime owed to me for my work between May 22, 2006 through June 10, 2006 is $794. Under D.C. Code § 32-1303(4), I am entitled to another $794 as liquidated damages under D.C. law.

7. For the reasons stated above, I am owed a total of $1,588 in unpaid wages and damages.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed on (date): __7-12-07__        __Maria Rivera__
                                        Maria Rivera

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Wilfredo Canales, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>A.H.R.E., Inc., et al., )<br>)<br>Defendants. )<br>) | Case No. 1:07CV00372 CKK |

## DECLARATION OF TRANSLATION

I, the undersigned, Laura E. Varela, declare and state, pursuant to 28 U.S.C. § 1746:

1. My name is Laura E. Varela. I am over 18 years of age and competent to sign and submit this Declaration of Translation supporting Plaintiffs' Motion for Entry of Default Judgment Against Defendants A.H.R.E., Inc. ("AHRE") and Seong Kun Chong. This Declaration is based on my personal knowledge of the facts described herein.

2. I fluently read, write, and speak English and Spanish.

3. I provided Wilfredo Canales and Maria Rivera with true and accurate Spanish translations of the English language documents entitled "Plaintiff Wilfredo Canales's Declaration in Support of Motion for Entry of Default Judgment Against Defendants A.H.R.E., Inc. and Seong Kun Chong" and "Plaintiff Maria Rivera's Declaration in Support of Motion for Entry of Default Judgment Against Defendants A.H.R.E., Inc. and Seong Kun Chong."

4. I declare under penalty of perjury that the foregoing is true and correct.

Executed on (date): __7/12/07__         _____
                                          Laura E. Varela

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Wilfredo Canales, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>A.H.R.E., Inc., et al., )<br>)<br>Defendants. )<br>) | Case No. 1:07CV00372 CKK |

**ATTORNEY THOMAS G. HENTOFF'S DECLARATION IN SUPPORT OF
MOTION FOR ENTRY OF DEFAULT JUDGMENT
<u>AGAINST DEFENDANTS A.H.R.E., INC. AND SEONG KUN CHONG</u>**

I, the undersigned, Thomas G. Hentoff, declare and state:

1. My name is Thomas G. Hentoff. I am over 18 years of age and competent to sign and submit this Declaration supporting Plaintiffs' Motion for Entry of Default Judgment Against Defendants A.H.R.E., Inc. ("AHRE") and Seong Kun Chong. This Declaration is based on my personal knowledge of the facts described herein.

2. I am a licensed attorney and a member in good standing of the Bars of the Commonwealth of Pennsylvania and the District of Columbia since 1992 and 1993 respectively. I have been a member in good standing of the Bar of this Court since 1994. I have also been admitted to, and remain in good standing in, the United States Supreme Court, the United States Courts of Appeals for the District of Columbia and the Ninth Circuit, and United States District Courts for the District of Maryland and the Northern District of New York. I am a partner in the law firm of Williams & Connolly LLP, 725

        Twelfth Street, N.W., Washington, D.C. 20005 where I have worked as an attorney since October 1992.

3. During my more than fifteen years of practice, I have litigated extensively in federal court in the District of Columbia and elsewhere. The majority of my practice has consisted of complex civil litigation in the federal trial and appellate courts. I have first-chaired several federal court cases and have tried a Fair Labor Standards Act case here in the District of Columbia. I am the chair of Williams & Connolly LLP's Pro Bono Committee and a member of the D.C. Bar Pro Bono Committee.

4. My usual hourly billing rate is $535 per hour, but I customarily provide legal services pro bono for non-economic reasons. In this case, I provided legal services to Wilfredo Canales and Maria Rivera pro bono. The *Laffey* matrix sets the rate for an attorney with my experience (11 to 19 years) at $375 for the 2006-2007 year.

5. I spent more than 13 hours (but am seeking recovery for only 13 hours) interviewing the clients, researching the legal issues involved, reviewing and revising their complaint and motion for entry of default, supervising and editing the work of Katherine Leong, the associate working on this case, and otherwise preparing Mr. Canales's and Ms. Rivera's case. At the *Laffey* matrix rate of $375 per hour, the attorneys' fee that should be awarded for the legal services I provided in this case is $4,875.

6. For the reasons above, as prevailing parties in this action, Mr. Canales and Ms. Rivera are entitled to $4,875 in attorneys' fees for the legal services that I provided in this case.

7. I declare under penalty of perjury that the foregoing is true and correct.

Executed on (date): July 13, 2007

                                                                 Thomas G. Hentoff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Wilfredo Canales, et al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 1:07CV00372 CKK |
| ) | |
| v. ) | |
| ) | |
| A.H.R.E., Inc., et al., ) | |
| ) | |
| Defendants. ) | |

**ATTORNEY KATHERINE LEONG'S DECLARATION IN SUPPORT OF
MOTION FOR DEFAULT JUDGMENT
<u>AGAINST DEFENDANTS A.H.R.E., INC. AND SEONG KUN CHONG</u>**

I, the undersigned, Katherine Leong, declare and state:

1. My name is Katherine Leong. I am over 18 years of age and competent to sign and submit this Declaration supporting Plaintiffs' Motion for Default Judgment Against Defendants A.H.R.E., Inc. ("AHRE") and Seong Kun Chong. This Declaration is based on my personal knowledge of the facts described herein.

2. I am a licensed attorney and a member in good standing of the Bars of the Commonwealth of Virginia and the District of Columbia since 2004 and 2005 respectively. I have been a member in good standing of the Bar of this Court since 2005. I have also been admitted to the United States Courts of Appeals for the District of Columbia and the Fourth Circuit, and the United States District Courts for the District of Maryland and the Eastern District of Virginia. I have been an associate in the law firm of Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, D.C. 20005 since September 2004.

3. During my experience as an associate at Williams & Connolly LLP, I have represented pro bono clients in federal court before the Immigration Court in Baltimore, MD and in a criminal appeal before the U.S. Court of Appeals for the District of Columbia. I have also defended clients in commercial cases in the U.S. District Court for the Western District of North Carolina.

4. My usual hourly billing rate is $335 per hour, but I customarily provide legal services pro bono for non-economic reasons. In this case, I provided legal services to Wilfredo Canales and Maria Rivera pro bono. The *Laffey* matrix sets the rate for an attorney with my experience (one to three years) at $205 for the 2006-2007 year.

5. I spent more than 35 hours (but am seeking recovery for only 35 hours) interviewing the clients, researching the legal issues involved, drafting and filing their complaint and motion for entry of default, and otherwise preparing Mr. Canales's and Ms. Rivera's case. At the *Laffey* matrix rate of $205 per hour, the attorneys' fee that should be awarded for the legal services I provided in this case is $7,175.

6. The costs that should be awarded in this case amount to $948.31, which account for filing fees, photocopy costs, legal research fees, and service of process fees.

7. For the reasons stated above, as prevailing parties in this action, Mr. Canales and Ms. Rivera are entitled to $7,175 in attorneys' fees for the legal services I provided in this case and $948.31 in costs.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed on (date): July 13, 2007        *Katherine Leong*
                                          Katherine Leong

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Wilfredo Canales, et al., </br></br> Plaintiffs, </br></br> v. </br></br> A.H.R.E., Inc., et al., </br></br> Defendants. | Case No. 1:07CV00372 CKK |

**ATTORNEY LAURA E. VARELA'S DECLARATION IN SUPPORT OF
MOTION FOR ENTRY OF DEFAULT JUDGMENT
<u>AGAINST DEFENDANTS A.H.R.E., INC. AND SEONG KUN CHONG</u>**

I, the undersigned, Laura E. Varela, declare and state:

1. My name is Laura E. Varela. I am over 18 years of age and competent to sign and submit this Declaration supporting Plaintiffs' Motion for Entry of Default Judgment Against Defendants A.H.R.E., Inc. ("AHRE") and Seong Kun Chong. This Declaration is based on my personal knowledge of the facts described herein.

2. I am a licensed attorney and a member in good standing of the Bars of Maryland and the District of Columbia since 2004 and 2007 respectively. I was admitted *pro hac vice* to the Bar of this Court for the purpose of providing co-counsel representation in the instant matter.

3. I have been an immigrants' rights attorney for three years. I am currently the Director of the Immigrant and Refugee Rights Project at the Washington Lawyers' Committee for Civil Rights and Urban Affairs, 11 Dupont Circle, N.W., Washington, D.C. 20036. Prior to my employment with the Washington Lawyers' Committee, I was a staff attorney at

|   |   |
|---|---|
|   | CASA of Maryland, an immigrant rights organization, 734 East University Boulevard, Silver Spring, MD 20903. |
| 4. | While at CASA of Maryland I represented innumerable immigrant workers who had claims for unpaid minimum and overtime wages. I also drafted legislation for the City of Baltimore that would protect immigrant workers from wage exploitation. As the Immigrant and Refugee Rights Project Director at the Washington Lawyers' Committee, I continue to represent immigrants who have claims for unpaid wages, as well as claims for discrimination in housing and employment. I have represented clients before the Maryland state court, the U.S. District Court for the District of Maryland, the District of Columbia Superior Court and the U.S. District Court for the District of Columbia . |
| 5. | The *Laffey* matrix sets the rate for an attorney with my experience (one to three years) at $205 for the 2006-2007 year. |
| 6. | I spent 17 hours evaluating the clients' claims, translating, drafting memoranda, communicating with co-counsel, researching procedural and legal issues, and reviewing pleadings. At the *Laffey* matrix rate of $205 per hour, the attorneys' fee that should be awarded for the legal services I provided in this case is $3,485. |
| 7. | The costs that should be awarded in this case amount to $16.25, which account for postage and local travel expenses. |
| 8. | For the reasons stated above, as prevailing parties in this action, Mr. Canales and Ms. Rivera are entitled to $3,485 in attorneys' fees for the legal services I provided in this case and $16.25 in costs. |
| 9. | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on (date): __7/12/07__           _____
                                          Laura E. Varela