UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILFREDO CANALES and MARIA RIVERA<br><br>    Plaintiffs,<br><br>    v.<br><br>A.H.R.E., Inc., *et al.*,<br><br>    Defendants. | Civil Action No. 07-372 (CKK) |

**ORDER**
(October 3, 2007)

Plaintiffs filed the above-captioned action against Defendants A.H.R.E., Inc. ("AHRE"), DDI Construction Company ("DDI"), Seong Kun Chong, and John Does 1 and 2 on February 21, 2007, alleging that Defendants failed to pay Plaintiffs minimum wage, overtime, and promised wages for labor and services rendered, and seeking damages, attorneys' fees, and costs, pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* (the "FLSA"), D.C. Code. §§ 32-1002, *et seq.* (the "D.C. Wage and Hour Law"), and D.C. Code §§ 32-1301, *et seq.* (the "D.C. Wage Payment Law"). After Defendants AHRE and Chong failed to enter an appearance or file a responsive pleading in this case, the Clerk of Court entered defaults against them on May 2, 2007. On July 13, 2007, Plaintiffs filed a [10] Motion for Default Judgment against Defendants AHRE and Chong. Plaintiffs seek default judgments "that establish [Defendants AHRE and Chong's] liability under FLSA and the DC labor law for a total of $18,596.31 in unpaid wages, liquidated damages, attorneys' fees, and costs," which is broken down into $5,598 in unpaid wages, $12,050 in attorneys' fees, and $948.31 in costs. Mot. for Def. J. at 1; Stmt. of P&A in

Supp. of Mot. for Def. J. at 2. In support of their Motion for Default Judgment, Plaintiffs have attached each of their Declarations regarding their claims for unpaid wages, as well as the Declarations of their three attorneys–Thomas G. Hentoff, Esq., Katherine Leong, Esq., and Laura Varela, Esq.–regarding Plaintiffs' claims for attorneys' fees and costs (collectively the "Attorneys' Declarations").

The Court has reviewed the aforementioned filings and concludes that the Declarations of Wilfredo Canales and Maria Rivera are sufficient to establish the amount of unpaid wages to which each Plaintiff is entitled, as well as the liquidated damages sought by each Plaintiff pursuant to D.C. Code § 32-1303(4). However, with respect to Plaintiffs' claims for attorneys' fees and costs, the Attorneys' Declarations do not specify the statute pursuant to which they believe attorneys' fees are merited in this action. Furthermore, while Plaintiffs have submitted three Attorneys' Declarations, which request a total of $15,535 in fees and $964.56 in costs, Plaintiffs' Motion for Default Judgment only requests $12,050 in attorneys' fees and $948.31 in costs. It appears that Plaintiffs have submitted Declarations from Attorneys Hentoff, Leong, and Varela regarding their fees and costs, but have only actually requested default judgment with respect to the fees and costs incurred by Attorneys Hentoff and Leong.

Accordingly, it is this 3rd day of October, 2007 hereby

**ORDERED** that, on or before October 17, 2007, Plaintiffs shall file with the Court such further materials as are necessary to support their Motion for Default Judgment. Specifically, Plaintiffs shall advise the Court of the particular statutory basis for their claims for attorneys'

fees, and shall further clarify the precise attorneys' fees and costs sought in connection with their Motion for Default Judgment.

**SO ORDERED.**

                                                    /s/
                                           COLLEEN KOLLAR-KOTELLY
                                           United States District Judge