IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Wilfredo Canales et al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 1:07CV00372 CKK |
| ) | |
| v. ) | |
| ) | |
| A.H.R.E., Inc. et al., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF ERRATA**

Plaintiffs Wilfredo Canales and Maria Rivera submit this Errata to correct a computational error in the amount of attorneys' fees and costs sought on their Motion for Default Judgment filed on July 13, 2007.

The Declarations of Attorneys Thomas G. Hentoff, Katherine Leong, and Laura E. Varela that Plaintiffs submitted in support of their Motion for Default Judgment detailed the fees and costs incurred by each attorney. But as the Court pointed out in its Order of October 3, 2007, Plaintiffs' Motion miscalculated the total amounts by excluding the fees and costs of Attorney Varela. Plaintiffs hereby correct the amount of attorneys' fees and costs on their Motion for Default Judgment to include the amounts stated by each of the attorneys in their Declarations filed on July 13, 2007, for a total of $15,535 in attorneys' fees and $964.56 in costs.

Respectfully submitted,

*Katherine Leong*
Thomas G. Hentoff (D.C. Bar No. 438394)
Katherine Leong (D.C. Bar No. 492457)

        WILLIAMS & CONNOLLY LLP
        725 Twelfth Street, N.W.
        Washington, D.C. 20005
        Telephone: (202) 434-5000
        Facsimile: (202) 434-5029

        Laura Varela (admitted *pro hac vice*)
        WASHINGTON LAWYERS' COMMITTEE
        FOR CIVIL RIGHTS AND URBAN AFFAIRS
        11 Dupont Circle, N.W., Suite 400
        Washington, D.C. 20036
        Telephone: (202) 319-1000
        Facsimile: (202) 319-1010

Dated: October 12, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of October, 2007 a copy of Plaintiffs Wilfredo Canales's and Maria Rivera's Notice of Errata was sent via first-class U.S. mail, postage prepaid to the individuals identified below, who were not identified in the Court's ECF system as of the above date:

>A.H.R.E., Inc.
>c/o Helen Kim, Registered Agent
>1002 Heather Hill Court
>McLean, VA  22101
>
>Seong Kun Chong
>5914 Heritage Square Drive
>Burke, VA  22015

_____
Katherine Leong