IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Wilfredo Canales et al., <br><br>           Plaintiffs, <br><br> v. <br><br> A.H.R.E., Inc. et al., <br><br>           Defendants. | Case No. 1:07CV00372 CKK |

### RESPONSE TO ORDER OF OCTOBER 3, 2007

Plaintiffs hereby submit this Response to the Court's Order of October 3, 2007 to specify the statutory basis for their claims for attorneys' fees and costs sought in connection with their Motion for Default Judgment under Fed. R. Civ. P. 55(b)(2).[1]

Plaintiffs base their claims for attorneys' fees and costs on the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and the District of Columbia Wage Payment Law, D.C. Code § 32-1308(b). Under both the FLSA and the D.C. Wage Payment Law, courts shall award "costs of the action, including costs or fees of any nature, and reasonable attorney's fees, to be paid by the defendant," if the plaintiff is awarded a judgment. D.C. Code § 32-1308(b); 29 U.S.C. § 216(b). The United States Court of Appeals for the District of Columbia Circuit has endorsed the *Laffey* matrix as evidence of what constitutes reasonable attorneys' fees for civil cases in the District of Columbia. *Covington v. District of Columbia*, 57 F.3d 1101, 1109 (D.C. Cir. 1995).

Because the Court has already determined that Plaintiffs are entitled to the amount of unpaid wages and liquidated damages that they claim under D.C. Code § 32-1303(4), Order at 2

---

[1] As reflected in the Notice of Errata filed today, Plaintiffs further correct a computational error in the amount of attorneys' fees and costs they seek to $15,535 and $964.56, respectively.

(Oct. 3, 2007), Plaintiffs submit this request pursuant to 29 U.S.C. § 216(b) and D.C. Code § 32-1308(b), which provide for an award of plaintiffs' reasonable attorneys' fees and costs in addition to the judgment awarded. The reasonableness of the attorneys' fees sought is supported by application of the *Laffey* matrix, as detailed in the Declarations of Thomas G. Hentoff, Katherine Leong, and Laura E. Varela filed on July 13, 2007 in support of Plaintiffs' Motion for Default Judgment.

                                      Respectfully submitted,

                                      */s/ Katherine Leong*
                                      Thomas G. Hentoff (D.C. Bar No. 438394)
                                      Katherine Leong (D.C. Bar No. 492457)

                                      WILLIAMS & CONNOLLY LLP
                                      725 Twelfth Street, N.W.
                                      Washington, D.C. 20005
                                      Telephone: (202) 434-5000
                                      Facsimile: (202) 434-5029

                                      Laura Varela (admitted *pro hac vice*)
                                      WASHINGTON LAWYERS' COMMITTEE
                                      FOR CIVIL RIGHTS AND URBAN AFFAIRS
                                      11 Dupont Circle, N.W., Suite 400
                                      Washington, D.C. 20036
                                      Telephone: (202) 319-1000
                                      Facsimile: (202) 319-1010

Dated: October 12, 2007

# CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of October, 2007 a copy of Plaintiffs Wilfredo Canales's and Maria Rivera's Response to the Order of October 3, 2007 was sent via first-class U.S. mail, postage prepaid to the individuals identified below, who were not identified in the Court's ECF system as of the above date:

> A.H.R.E., Inc.
> c/o Helen Kim, Registered Agent
> 1002 Heather Hill Court
> McLean, VA  22101
>
> Seong Kun Chong
> 5914 Heritage Square Drive
> Burke, VA  22015

*Katherine Leong*
_____
Katherine Leong