UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILFREDO CANALES and<br>MARIA RIVERA<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>A.H.R.E., Inc., *et al.*,<br><br>　　　Defendants. | Civil Action No. 07-372 (CKK) |

**ORDER**
(October 17, 2007)

　　　Plaintiffs filed the above-captioned action against Defendants A.H.R.E., Inc. ("AHRE"), DDI Construction Company ("DDI"), Seong Kun Chong, and John Does 1 and 2 on February 21, 2007, alleging that Defendants failed to pay Plaintiffs minimum wage, overtime, and promised wages for labor and services rendered, and seeking damages, attorneys' fees, and costs, pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* (the "FLSA"), D.C. Code. §§ 32-1002, *et seq.* (the "D.C. Wage and Hour Law"), and D.C. Code §§ 32-1301, *et seq.* (the "D.C. Wage Payment Law").  After Defendants AHRE and Chong failed to enter an appearance or file a responsive pleading in this case, the Clerk of Court entered defaults against them on May 2, 2007.  On July 13, 2007, Plaintiffs filed a [10] Motion for Default Judgment against Defendants AHRE and Chong, neither of whom is an infant or incompetent person. The facts of this case establish that Plaintiffs were "non exempt" employees for purposes of the FLSA, D.C. Wage and Hour Law, and D.C. Wage Payment Law, who were hired by Defendant Chong to perform day labor for Defendant AHRE.  *See generally* Compl.  Plaintiff Canales was employed at a rate of

$10 per hour, and worked 54 hours during the week of May 14, 2006, 65 hours during the week of May 21, 2006, 65 hours during the week of May 28, 2006, and 73 hours during the week of June 4, 2006. Canales Decl. ¶¶ 2-6. Plaintiff Rivera was employed of a rate of $8 per hour, and worked 54 hours during each of the weeks of May 21, 2006, May 28, 2006, and June 4, 2006. Rivera Decl. ¶¶ 2-5.

> Rule 55(b) of the Federal Rules of Civil Procedure states in relevant part:
>
> In all other cases the party entitled to a judgment by default shall apply to the court therefor; but no judgment by default shall be entered against an infant or incompetent person unless represented in the action by a general guardian, committee, conservator, or other such representative who has appeared therein.

Fed. R. Civ. P. 55(b)(2). Upon consideration of Plaintiffs' Motion, the Declarations attached thereto, the relevant statutes, and case law, it is this 17th day of October, 2007, hereby:

**ORDERED** that judgment is entered against Defendants AHRE and Chong in the following amounts:

- For unpaid wages: $2,005 with respect to Plaintiff Canales, and $794 with respect to Plaintiff Rivera, for a total of $2,799

- As liquidated damages pursuant to D.C. Code § 32-1303(4): $2,005 with respect to Plaintiff Canales, and $794 with respect to Plaintiff Rivera, for a total of $2,799.

- Pursuant to D.C. Code § 32-1308(b) and 29 U.S.C. § 216(b): $964.56 for the costs of this litigation, and $15,535 as reasonable attorneys fees for this litigation.

**SO ORDERED.**

*This is a final, appealable Order.*

                                                  /s/
                                        COLLEEN KOLLAR-KOTELLY
                                        United States District Judge