IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CANALES, et al. | : |
| Plaintiffs, | : |
| vs. | : Case No. 1:07-cv-00372-CKK |
| A.H.R.E., Inc., et al. | : |
| Defendant(s). | : |

## SUGGESTION IN BANKRUPTCY

Please stay all further proceedings in the instant action to collect a debt from defendant Seong Kun Chong. Defendant Seong Kun Chong filed a bankruptcy petition on June 8, 2007, under chapter 7 of the Federal Bankruptcy Code, 11 U.S.C. The case was filed in the U.S. Bankruptcy Court for the Eastern District of Virginia, Alexandria Division. The case number is 07-11468. The creditors are not listed on the petition as debtor allegedly had no notice of this proceeding. The debt was incurred prior to defendant Chong filing for bankruptcy protection. Under §362 of the Bankruptcy Code., 11 U.S.C. §362, an automatic stay prevents all actions to collect such a debt.

David E. Jones
[VSB #13014; DC Bar 411700]
11211 Waples Mill Rd., Suite 210
Fairfax, VA 22030
703/591-3737
Bkr. att'y for S. Chong

### CERTIFICATE OF SERVICE

I hereby certify that on the 26th of October 2007, I sent, via first-class mail, postage pre-paid, a copy of the foregoing suggestion in bankruptcy to the creditors' counsel, K. Leong, Wms. & Connolly, 725 12th St., N.W., Washington, DC 20005; & Washington Lawyers' Comm. for Civil Rts., 11 Dupont Cir., N.W., #400, Washington, DC 20036; & A.H.R.E., Inc., H. Kim, R.A., 1002 Heather Hill Ct., McLean, VA 22101.

David E. Jones