IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| WILFREDO CANALES | ) |
| | ) |
| And | ) |
| | ) |
| MARIA RIVERA | ) |
| | ) |
|       Plaintiffs, | ) Case Number:  1:07CV00372 |
| Vs. | ) |
| | ) |
| A.H.R.E., INC., et al | ) |
| 1002 Heather Hill CT | ) |
| Mclean, VA 22101 | ) |
| | ) |
|       Defendant, | ) |

## ANSWER

Defendant, A.H.R.E., Inc.'s, by and through his attorney, Kamal Nawash, answers Plaintiffs' complaint and request this Honorable Court:

a. Deny Plaintiffs' frivolous claims under the Fair Labor Standard Act of 1938;

b. Deny Plaintiffs' frivolous claims under the District of Columbia Minimum Wage Revision Act of 1992;

c. Deny Plaintiffs' frivolous request that Defendant, A.H.R.E., Inc.'s pay Plaintiffs statutory or common law damages;

d. Deny Plaintiffs' frivolous request that Defendant, A.H.R.E., Inc.'s pay Plaintiffs the cost of prosecuting this action

e. Deny Plaintiffs' request that Defendant, A.H.R.E., Inc.'s pay Plaintiffs any attorneys fees for bringing this frivolous action;

f. Order that Plaintiffs pay reasonable attorney's fees for having to defend this frivolous action;

g. Order that Plaintiffs pay Defendant, A.H.R.E., Inc.'s cost of having to defend this frivolous action;

## Answer to Specific Allegations

1. The allegation in Paragraph 1 is a conclusion of law to which no responsive pleading is required. To the extent a responsive pleading is required the allegation is denied.

2. The allegation in Paragraph 2 is a conclusion of law to which no responsive pleading is required. To the extent a responsive pleading is required the allegation is denied.

3. The allegation in Paragraph 3 is a conclusion of law to which no responsive pleading is required. To the extent a responsive pleading is required the allegation is denied.

4. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 4.

5. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 5.

6. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 6.

7. Defendant denies paragraph 7.

8. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 8.

9. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 9.

10. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 10.

11. Defendant denies the allegations in Paragraph 11.

12. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 12.

13. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 13.

14. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 14.

15. Defendant denies the allegations in Paragraph 15.

16. Defendant denies the allegations in Paragraph 16.

17. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 17.

18. Defendant denies the allegations in Paragraph 18.

19. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 19.

20. Defendant denies the allegations in Paragraph 20.

21. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 21.

22. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 22.

23. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 23.

24. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 24.

25. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 25.

26. Defendant denies the allegations in Paragraph 26.

27. Defendant denies the allegations in Paragraph 27.

28. Defendant denies the allegations in Paragraph 28.

29. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 29.

30. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 30.

31. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 31.

32. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 32.

33. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 33.

34. Defendant denies the allegations in Paragraph 34.

35. Defendant denies the allegations in Paragraph 35.

36. Defendant denies the allegations in Paragraph 36.

37. Defendant denies the allegations in Paragraph 37.

38. Defendant denies the allegations in Paragraph 38.

39. The answers contained in Paragraphs 1-38 of the instant Answer are incorporated herein as if fully stated.

40. Defendant denies the allegations in Paragraph 40.

41. Defendant denies the allegations in Paragraph 41.

42. Defendant denies the allegations in Paragraph 42.

43. Defendant denies the allegations in Paragraph 43.

44. Defendant denies the allegations in Paragraph 44.

45. Defendant denies the allegations in Paragraph 45.

46. The answers contained in Paragraphs 1-45 of the instant Answer are incorporated herein as if fully stated.

47. Defendant denies the allegations in Paragraph 47.

48. Defendant denies the allegations in Paragraph 48.

49. Defendant denies the allegations in Paragraph 49.

50. Defendant denies the allegations in Paragraph 50.

51. The answers contained in Paragraphs 1-50 of the instant Answer are incorporated herein as if fully stated.

52. Defendant denies the allegations in Paragraph 52.

53. Defendant denies the allegations in Paragraph 53.

54. Defendant denies the allegations in Paragraph 54.

55. Defendant denies the allegations in Paragraph 55.

56. Defendant denies the allegations in Paragraph 56.

**PRAYER FOR RELIEF**

57. Defendant avers that Plaintiffs are not entitled to any of the relief requested in the prayers for relief, including each and every subpart of every count.

58. Order that Plaintiffs pay reasonable attorney's fees for having to defend this frivolous action.

59. Order that Plaintiffs pay the cost of having to defend this frivolous action.

### AS FOR A FIRST AFFIRMTIVE DEFENSE

60. Plaintiffs' complaint fails in whole or in part, to state a cause of action upon which relief can be granted.

### AS FOR A SECOND AFFIRMTIVE DEFENSE

61. Plaintiffs' complaint is barred, in whole or in part, by the applicable statute of limitations.

### AS FOR A THIRD AFFIRMTIVE DEFENSE

62. Plaintiffs' complaint is barred, in whole or in part, by the doctrine of latches.

### AS FOR A FOURTH AFFIRMTIVE DEFENSE

63. Plaintiffs' damages, if any, are caused in whole or in part, by their failure to exercise due diligence in mitigating their damages.

### AS FOR A FIFTH AFFIRMTIVE DEFENSE

64. Plaintiffs' claims for attorneys' fees and cost of prosecuting their case are barred in whole or in part because such fees are not available under the theories set forth in the complaint.

### AS FOR A SIXTH AFFIRMTIVE DEFENSE

65. Defendant reserves the right to assert such additional affirmative defenses that may appear applicable during the course of this litigation.

**WHEREFORE**, Defendant respectfully requests that the Court dismiss the complaint in its entirety. Plaintiffs are not entitled to any of the relief requested in the prayers for relief, including each and every subpart of every count. Defendant further requests an order that Plaintiffs pay reasonable attorney's fees and cost for having to defend this action.

Dated: Washington, DC
July 14, 2008

_____          July 15th. 08
Helen Kim, President              Date
A.H.R.E., Inc.

Respectfully submitted,

THE Nawash Law Office

/x/ Kamal Nawash
    Kamal Nawash, Esq. (DC Bar#: 458755)
    THE Nawash Law Office
    1050 17th St. NW Suite 1000
    Washington, DC 20036
    202-776-7191